UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

PAMELA MAHONEY;
MICHAEL MAHONEY;
LISA SOLOMON; and
MITCH SOLOMON,

      Plaintiffs,

-vs-

U.S. DEPARTMENT OF THE
INTERIOR; BUREAU OF OCEAN
ENERGY MANAGEMENT; U.S.
DEPARTMENT OF THE ARMY; and
U.S. ARMY CORPS OF ENGINEERS,

      Defendants.

------------------------------------------------------------ x

Case No. 2:22-cv-01305

      Upon the Complaint filed March 9, 2022, the Memorandum of Law in Support of a Motion for a Temporary Restraining Order and Preliminary Injunction, the Declaration of Crystal V. Venning and attached exhibits, the Declaration of John A. Conrad and the attached exhibits, the Declaration of Mitch Solomon and the attached exhibits, the Declaration of Michael Mahoney and the attached exhibits, and the Declaration of Pamela Mahoney; ~~and Plaintiffs having demonstrated sufficient need for temporary and preliminary relief~~; it is hereby

      ORDERED, that the above-named Defendants show cause before a motion term of this Court before the Hon. __Frederic Block__, United States District Judge, at Room __10C__, United States Court House, Cadman Plaza East, Brooklyn, New York, on the __6__ Day of __April__ __2022__, ~~20X4~~, at __4:00 PM__ o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 enjoining Defendants during the pendency of this action

from continuing to undertake, either directly or indirectly, or causing or allowing contractors of Defendants to continue to undertake, further trenching related to the installation of the South Fork Export Cable in Wainscott; and it is further

ORDERED, that Plaintiff, having demonstrated that Defendants' imminent trenching related to the installation of the South Fork Export Cable in Wainscott will cause PFAS contamination of groundwater and consequently irreparably harm the interests of Plaintiffs, that Plaintiffs are likely to succeed on the merits of their National Environmental Policy Act claims, 42 U.S.C. §§ 4321-4375, Clean Water Act claims, 33 U.S.C. § 1311 et seq, and Outer Continental Shelf Lands Act claims, 43 U.S.C. §§ 1331 et seq; and that the balance of hardships and public interest weigh in Plaintiffs' favor, effective immediately Defendants are temporarily restrained and enjoined from continuing to undertake, either directly or indirectly, or causing or allowing contractors of Defendants to continue to undertake, further trenching related to the installation of the South Fork Export Cable in Wainscott, pending a ruling on plaintiff's motion for a preliminary injunction; and it is further

ORDERED, that personal service of a copy of this order and annexed Declarations, Complaint, and Memorandum of Law upon Defendants' counsel on or before __5:00 PM__ o'clock on the __11__ Day of __March__, 2022, shall be deemed good and sufficient service thereof; and it is further

ORDERED, that Defendants shall serve their papers in opposition to Plaintiffs' motion for a Temporary Restraining Order and Preliminary Injunction on Plaintiffs' counsel on or before __5:00PM__ o'clock on the __25__ Day of __March__, 2022; and it is further

2

ORDERED, that any reply papers shall be served on Defendants' counsel on or before __5:00 PM__ o'clock on the __1__ Day of __April__, 2022

DATED: March 14, 2022

/S/ Frederic Block
United States District Judge

3