UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ x
:
PAMELA MAHONEY; :
MICHAEL MAHONEY; :
LISA SOLOMON; and :
MITCH SOLOMON, :
: **JOINT PROPOSED DISCOVERY**
Plaintiffs, : **SCHEDULING ORDER**
: Case No. 2:22-cv-01305-FB-ST
-vs- :
:
U.S. DEPARTMENT OF THE :
INTERIOR; BUREAU OF OCEAN :
ENERGY MANAGEMENT; U.S. :
DEPARTMENT OF THE ARMY; and :
U.S. ARMY CORPS OF ENGINEERS, :
:
Defendants, :
:
and :
:
SOUTH FORK WIND, LLC, :
:
Defendant-Intervenor. :
:
------------------------------------------------------ x

{00320803.DOCX}

| Phase I (Pre-Settlement Discovery) | |
|---|---|
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA - compliant records authorizations:** | Exempt – Action For Review on an Administrative Record |
| **Deadline for Production of Administrative Record** | Plaintiffs' position: August 23, 2022 (60 days from Initial Conference)<br><br>Defendants' position: September 23, 2022 |
| **Completion date for Phase I Discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | Plaintiffs' position: August 23, 2022 (60 days from Initial Conference) (Presumption)<br><br>Defendants' position is that this action is an administrative record case exempt from discovery. |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | Plaintiffs' position: September 2, 2022<br><br>Defendants' position: 30 days after filing administrative record |
| Phase II (Discovery and Motion Practice) | |
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | Plaintiffs' position: September 18, 2022 (Presumption)<br><br>Defendants' position: August 31, 2022 |

{00320803.DOCX}

| | |
|---|---|
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)* | Plaintiffs' position: October 3, 2022 (Presumption) <br><br> Defendants' position is that this action is an administrative record case exempt from discovery. |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | Plaintiffs' position: January 18, 2023 (Presumption) <br><br> Defendants' position is that this action is an administrative record case exempt from discovery. |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | Plaintiffs' position: February 17, 2023 (Presumption) <br><br> Defendants' position is that this action is an administrative record case exempt from discovery. |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports)* | Plaintiffs' position: March 20, 2023 (Presumption) <br><br> Defendants' position is that this action is an administrative record case exempt from discovery. |

| | |
|---|---|
| **COMPLETION OF ALL DISCOVERY BY:** <br> *(Presumptively 9 months after Initial Conference)* | Plaintiffs' position: <br> **MARCH 23, 2023** <br> (Presumption) <br><br> Defendants' position is that this action is an administrative record case exempt from discovery. |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | December 9, 2022 <br> (Agreed) |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |