UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA MAHONEY;<br>MICHAEL MAHONEY;<br>LISA SOLOMON; and<br>MITCH SOLOMON,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; U.S. DEPARTMENT OF THE ARMY; and U.S. ARMY CORPS OF ENGINEERS,<br><br>*Defendants,*<br><br>and<br><br>South Fork Wind, LLC,<br><br>*Defendant-Intervenor* | Case No.: 2:22-cv-01305-FB-ST<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this Motion and all pleadings and proceedings had therein, Defendant-Intervenor South Fork Wind, LLC ("South Fork Wind") hereby moves this Court, before the Honorable Judge Frederic Block in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order dismissing all claims asserted by Plaintiffs in their Complaint for Declaratory and Injunctive Relief pursuant to Federal Rule of Civil Procedure 12(c), and granting such other and further relief as the Court deems just and proper.

1

Dated: September 21, 2022

**LATHAM & WATKINS LLP**
By /s/ Kegan A. Brown
    Kegan A. Brown
    1271 Avenue of the Americas
    New York, NY 10020
    Tel: 212.906.1200 / Fax: 212.751.4864

    Janice M. Schneider
    (Admitted Pro Hac Vice)
    Stacey L. VanBelleghem
    (Admitted Pro Hac Vice)
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Tel: 202.637.2200 / Fax: 202.637.2201

    Attorneys for Defendant-Intervenor South Fork Wind, LLC